UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE DESRAVINES, ROOSEVELT
DESRAVINES, GISLENE LAURORE,

           Plaintiffs,

-vs-                                 Case No. 6:10-cv-851-Orl-28GJK

ORANGE COUNTY SHERIFF'S OFFICE,
OFFICER RICHARD PEREZ, JC PENNEY
CORP. INC., JOSE GONZALEZ, JOAN
ALKEMA, WFTV INC., STATE
ATTORNEY'S OFFICE, PROSECUTOR
KELLY BARBARA HICKS, JUDGE
MARTHA C. ADAMS, JUDGE JERRY L.
BREWER, UMANSKY LAW FIRM P.A.,
GARY SCHWARTZ, JOHN DOES, JANE
DOE,

           Defendants.

---

## ORDER

This case is before the Court on Plaintiffs' Motion to Vacate Judgment and Amend Dismissal Order to Provide for Leave to Amend Complaint (Doc. No. 53) filed July 18, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation filed by Plaintiffs (Doc. 66), the Objection is **overruled**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 4, 2011 (Doc. No. 62) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion to Vacate Judgment and Amend Dismissal Order to Provide for Leave to Amend Complaint is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of January, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party